■ NEIL SCHOEN, Respondent-Appellant, v TITAN INDUSTRIES et al., Respondents, and MAYCO PUMP, INC., Appellant, et al., Defendant. Titan Industries et al., Third-Party Plaintiffs, v YONKERS CONTRACTING COMPANY, INC., Third-Party Defendant-Appellant. (Appeal No. 1.) [652 NYS2d 559] —Appeal from order insofar as it granted motion of defendant Titan Industries and cross appeal unanimously dismissed (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also*, CPLR 5501 [a] [1]) and order affirmed without costs. (Appeals from Order of Supreme Court, Onondaga County, Tormey, III, J.—Summary Judgment.) Present—Green, J. P., Pine, Lawton, Doerr and Boehm, JJ.